# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 1541 Disciplinary Docket No. 3 |
| Petitioner, | : : | |
| v. | : : : | No. 161 DB 2009 |
| CARA E. GRUSZECKI A/K/A CARA GRUSZECKI-SMALLEY, | : : : | Attorney Registration No. 89229 |
| Respondent | : : | (Out of State) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of June, 2023, on certification by the Disciplinary Board that Cara E. Gruszecki, a/k/a Cara Gruszecki-Smalley, who was suspended for a period of six months, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, and there being no other outstanding order of suspension or disbarment, Cara E. Gruszecki a/k/a Cara Gruszecki-Smalley shall be returned to administrative suspension.